THIS OPINION
HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.

 

 

THE STATE OF SOUTH CAROLINA

In The Court of Appeals

 

 

 
 
 The State,
 
 
 Respondent,
 
 

 

v.

 
 
 Mark E.
 Williams,
 
 
 Appellant.
 
 

 

 

__________

 

Appeal From Spartanburg County

 John C. Hayes, III, Circuit Court Judge

 

__________

 

Unpublished Opinion No.  2010-UP-153

Submitted February 1, 2010  Filed
February 23, 2010

__________

 

AFFIRMED

__________

 

Appellate Defender Elizabeth A.
Franklin-Best, of Columbia, for Appellant. 

 

Attorney General Henry Dargan McMaster, Chief
Deputy Attorney John W. McIntosh, Assistant Deputy Attorney General Salley W.
Elliott, and Assistant Attorney General Michelle Parsons, all of Columbia; and
Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.

 

PER CURIAM:  Mark E. Williams appeals his guilty pleas
and sentences for first-degree criminal sexual conduct, armed robbery,
carjacking, and kidnapping, arguing the plea court erred in permitting the
mayor of Spartanburg to speak at the plea hearing.  We affirm[1] pursuant to
Rule 220(b), SCACR, and the following authority:  State v. Williams, 303
S.C. 410, 411, 401 S.E.2d 168, 169 (1991) (issues not raised to or ruled upon
by the trial court will not be considered on appeal).  

 

AFFIRMED.

 

PIEPER,
GEATHERS, JJ., and CURETON, A.J., concur.

 

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.